UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**AUTO CLUB INSURANCE ASSOCIATION,**

    Plaintiff,

v.                                              Case No.: 3:20-cv-955-BJD-JRK

**TYRAH JACKSON, TREVONTAY COOPER, DRAGAN DORDEVIC, and FATIMA ZULOVIC, as Special Representative of the Estate of Miralem Zulovic,**

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 84; Stipulation) filed on September 28, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of October, 2021.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*